IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED

JAN 1 8 2023

Clerk, U.S. District Court
Texas Eastern

UNITED STATES OF AMERICA § 
§ NO. 5:23-CR- 00003
V. § JUDGES SCHROEDER/BAXTER
§ 
CHAD ONEAL REEVES § SEALED

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statement During the Purchase of a
Firearm)

On or about June 29, 2022, in the Eastern District of Texas, defendant **Chad Oneal Reeves**, in connection with the purchase of a firearm, to wit: a Glock, model 17, 9mm caliber pistol, from Atwood's Ranch and Home, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Atwood's Ranch and Home, which statement was intended and likely to deceive Atwood's Ranch and Home as to a fact material to the lawfulness of such acquisition of the firearm by the defendant under Chapter 44 of Title 18, in that **Chad Oneal Reeves** represented that he was the actual buyer of the firearm when in fact he was buying it for another.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**Indictment - Page 1**

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d), 3665 & 28 U.S.C. § 2461(c)

As the result of committing the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c) any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

1. a Glock, model 17, 9mm caliber pistol, bearing serial number BTWF574.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c).

A TRUE BILL,

1-18-2023
_____
Date

_____
FOREPERSON OF THE GRAND JURY

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA          §
                                  §
V.                                §   NO. 5:23-CR-____
                                  §   JUDGES SCHROEDER/BAXTER
CHAD ONEAL REEVES                 §

## NOTICE OF PENALTY

## COUNT ONE

Violations:          18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Penalty:             Imprisonment for not more than 10 years, a fine not
                     to exceed $250,000, or both, and supervised release of
                     not more than 3 years.

Special Assessment:  $100.00

Indictment - Page 3